## Commonwealth ex rel. Sliva, Appellant, *v.* Rundle.

Submitted September 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Henry Sliva,* appellant, in propria persona.

*William C. Cahall, III,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, November 15, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge FORREST of the Court of Common Pleas of Montgomery County, as reported in 28 Pa. D. & C. 2d 604.